**Order entered April 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01647-CV

**CHRISTOPHER UTZ; EVANS ENVIRONMENTAL CONTRACTING, LLC; UTZ ENVIRONMENTAL SERVICES OF DALLAS, LLC; AND UTZ ENVIRONMENTAL SERVICES OF AUSTIN, INC., Appellants**

**V.**

**DUFFY MCKENZIE, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-08418**

## ORDER

The Appellant's March 15, 2013 Motion for Rehearing is hereby **OVERRULED.**

/s/     DOUGLAS S. LANG
JUSTICE